THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL FLUKER, Appellant. [768 NYS2d 345]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered May 15, 2002, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to prove his guilt beyond a reasonable doubt is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 19-20 [1995]; *People v Udzinski,* 146 AD2d 245, 250 [1989]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of assault in the second degree beyond a reasonable doubt (*see* Penal Law 120.05 [2]). The defendant participated in an attack with several accomplices. He restrained the victim while his accomplices, armed with blades, slashed her head, inflicting a 13-inch scalp laceration requiring 25 staples, and cut her face and lip, which required sutures. The defendant also cut the victim above the right buttock with a sharp object. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contentions either are unpreserved for appellate review or without merit. Prudenti, P.J., Altman, Smith and Crane, JJ., concur.